

**George Latimer**
**County Executive**

Office of the County Attorney

John M. Nonna
County Attorney

June 19, 2019

Honorable Vincent L. Briccetti
United States District Judge
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

    Re: *Robert Campbell et al. v. City of Yonkers et al.*
          19-cv-02117 (VB)
          Second Request for Extension to File Response to the Second Amended Complaint

Dear Judge Briccetti:

    Defendant Detective Terrance Malone ("Detective Malone") is one of 14 named Defendants in the above-captioned action. On behalf of Malone, this office respectfully requests a second extension of time from June 21, 2019 to July 22, 2019 to answer, move or otherwise respond to the Second Amended Complaint, which was hand-delivered to Malone's place of business on or about May 7, 2019. Plaintiff consents to this request. This request is made because Detective Malone is waiting for a response from the United States Department of Justice to his request for representation. Should Your Honor's staff have any questions, I can be reached at (914) 995-3577.

                                     Respectfully submitted,
                                     JOHN M. NONNA
                                    Westchester County Attorney

                                    By: _____
                                    Irma Cosgriff (IC 1320)
                                    Sr. Assistant County Attorney

IWC/st

To all counsel via ECF