USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/18/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
ROBERT CAMPBELL, as the Administrator of
the Estate of Erick Campbell, ROBERT
CAMPBELL, individually, AIDA
CAMPBELL, AND ERIC CAMPBELL,
                 Plaintiffs,

v.

CITY OF YONKERS, POLICE OFFICER
TIMOTHY COOPER, POLICE OFFICER
THOMAS BRAIG, POLICE OFFICER ADAM
WALENCIK, DETECTIVE THOMAS
MARELLO, SERGEANT MARK WISSNER,
DETECTIVE BRIAN MENTON, DETECTIVE
TERRANCE MALONE, SERGEANT JOSEPH
BAROSA, DETECTIVE MICHAEL McGEE,
AGENT BRENDAN KENNEY, AGENT
ANDREW FISHER, AGENT DANIEL
CONLON, and AGENT DANIEL McKENNA,
                 Defendants.
--------------------------------------------------------------x
ROBERT CAMPBELL, as the Administrator of
the Estate of Erick Campbell, ROBERT
CAMPBELL, individually, AIDA
CAMPBELL, AND ERIC CAMPBELL,

                 Plaintiffs,

v.

United States of America,

                 Defendants.
--------------------------------------------------------------x

**ORDER REGARDING**
**SEALED DOCUMENTS**

19 CV 2117 (VB)

19 CV 9444 (VB)

    The Court having So Ordered the parties' Privacy Act Order and Protective Order, dated November 17, 2020, which, among other things, provides for the filing of documents under seal, it is further ORDERED:

1. The parties shall consult and comply with the instructions for filing documents under seal, as set forth in: (i) Section 6 of the Court's Electronic Case Filing Rules & Instructions; (ii) the Court's "Sealed Records Filing Instructions," available at https://nysd.uscourts.gov/programs/records; and (iii) Judge Briccetti's Individual Practices.

2. A full and unredacted courtesy copy of any submission of documents electronically filed under seal shall be provided to Chambers as soon as practicable, marked "Chambers Copy" and "Contains Confidential Information Filed Under Seal."

Dated: November 17, 2020
White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge