UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
AIDA CAMPBELL, et al.,
          Plaintiffs,

v.

CITY OF YONKERS, et al.,
          Defendants.
--------------------------------------------------------------x
AIDA CAMPBELL, et al.,
          Plaintiffs,

v.

UNITED STATES OF AMERICA,
          Defendant.
--------------------------------------------------------------x

**ORDER**

19 CV 2117 (VB)

19 CV 9444 (VB)

    The Court conducted a pre-motion conference today, at which counsel for all parties appeared, to discuss defendants' anticipated summary judgment motions, as well as the parties' efforts to settle or streamline the claims and defendants in this case.

    Accordingly, it is hereby ORDERED that by September 30, 2022, plaintiff's counsel shall file a joint letter updating the Court on the following:

1) the status of the parties' efforts to streamline the claims and defendants in this case; and

2) whether the parties believe a settlement conference before the magistrate judge is warranted.

    If the parties believe a settlement conference is not warranted, the joint letter should propose a briefing schedule for the motions for summary judgment.

Dated: August 24, 2022
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge