UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
ERIC CAMPBELL, individually and as the
Administrator d.b.n. of the Estate of Erick
Campbell; MICHAEL CAMPBELL, as the
Administrator of the Estate of Robert
Campbell; and AIDA CAMPBELL,
                Plaintiffs,

v.

CITY OF YONKERS; POLICE OFFICER
TIMOTHY COOPER; POLICE OFFICER
THOMAS BRAIG; POLICE OFFICER
ADAM WALENCIK; DETECTIVE THOMAS
MARELLO; SERGEANT MARK WISSNER;
DETECTIVE BRIAN MENTON;
DETECTIVE TERENCE MALONE;
SERGEANT JOSEPH BAROSA;
DETECTIVE MICHAEL MCGEE; AGENT
BRENDAN KENNEY; AGENT ANDREW
FISHER; AGENT DANIEL CONLON; and
AGENT DANIEL MCKENNA,
                Defendants.
--------------------------------------------------------------x
ERIC CAMPBELL, individually and as the
Administrator d.b.n. of the Estate of Erick
Campbell; MICHAEL CAMPBELL, as the
Administrator of the Estate of Robert
Campbell; and AIDA CAMPBELL,
                Plaintiffs,

v.

UNITED STATES OF AMERICA,
                Defendant.
--------------------------------------------------------------x

**ORDER OF DISMISSAL**

19 CV 2117 (VB)

19 CV 9444 (VB)

       The Court has been advised that the parties have settled this case. Accordingly, it is hereby ORDERED that these actions are dismissed without costs, and without prejudice to the right to restore the actions to the Court's calendar, provided the application to restore the actions

is made by no later than March 12, 2024. To be clear, any application to restore these actions must be filed by March 12, 2024, and any application to restore these actions filed thereafter may be denied solely on the basis that it is untimely.

All other deadlines and scheduled court appearances are cancelled, including the trial date of April 8, 2024, and any pending motions are moot.

The Clerk is instructed to close these cases.

Dated: January 12, 2024
White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge